Joseph K. Cooney – Attorney ID# 019541975
WIDMAN, COONEY, WILSON, Mc GANN & FITTERER
1803 Highway 35
Oakhurst, New Jersey 07755
(732) 531-4141
Attorney for Defendants, Meridian Health, improperly pled as Meridian Health Systems, Inc., Ocean Medical Center, improperly pled as Ocean Medical Center Associates, Inc., Cary Evangelista, R.N., Marsha Swartz, R.N., Sharon Davis, R.N., and Nancy Galos, R.N.

| | |
|---|---|
| AMY THEES,<br><br>Plaintiff,<br><br>vs.<br><br>OCEAN MEDICAL CENTER ASSOCIATION, INC., A New Jersey Corporation; MERIDIAN HEALTH SYSTEMS, INC., a New Jersey Corporation; ELLIOT SEMET, M.D.; CARY EVANGELISTA, R.N.; MARSHA SWARTZ, R.N.; SHARON DAVIS, R.N.; and NANCY GALOS, R.N.,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT COURT OF NEW JERSEY<br><br>Case No. 3:12-CV-05921-MLC-TJB<br><br>RECEIVED<br>FEB 0 5 2014<br>AT 8:30<br>WILLIAM T. WALSH M<br>CLERK |
| & | (Consolidated) |
| AMY THEES,<br><br>Plaintiff,<br><br>vs.<br><br>OCEAN MEDICAL CENTER ASSOCIATION, INC., A New Jersey Corporation; MERIDIAN HEALTH SYSTEMS, INC., a New Jersey Corporation; ELLIOT SEMET, M.D.; CARY EVANGELISTA, R.N.; MARSHA SWARTZ, R.N.; SHARON DAVIS, R.N.; and NANCY GALOS, R.N.,<br><br>Defendants. | Case No. 3:12-cv-07199-MLC-LHC<br><br>STIPIULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS, MERIDIAN HEALTH, OCEAN MEDICAL CENTER and CARY EVANGELISTA, R.N. |

The plaintiff, AMY THEESE, hereby voluntarily dismisses any and all claims in the above matter against defendants, MERIDIAN HEALTH, OCEAN MEDICAL CENER and CARY EVANGELISTA, R.N., with prejudice and without costs to any party.

Dated: Jan 2, 2014.

JAMES J. CURRY, JR.
Attorney for Plaintiffs

WIDMAN, COONEY, WILSON, Mc GANN & FITTERER
Attorneys for Defendants

By: JOSEPH K. COONEY